1 JONATHAN T. REMMEL, ESQ. (8627)
2 jremmel@remmellaw.com
**REMMEL LAW FIRM**
3 804 South Jones Blvd
Las Vegas, NV 89107
4 Ph. (702) 522-7707
Fx. (702) 475-4040
5 Attorney for Plaintiff
SCOTT LEHIGH
6

7

8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9 SCOTT LEHIGH,                                    Case No.: 2:24-cv-01252-JAD-BNW

10                    Plaintiff,

11        vs.

12 CIVIL SERVICE EMPLOYEES INSURANCE
COMPANY dba CSE INSURANCE GROUP; CSE
13 SAFEGUARD INSURANCE COMPANY; DOES 1
through 10; and ROE CORPORATIONS 1 through 10,
14 inclusive,

15                    Defendants.

16

17 <u>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE**
**FOR FILING OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**
18 **PURSUANT TO FRCP 12(b)(6)**</u>

19        IT IS HEREBY STIPULATED by and between, Plaintiff Scott Lehigh, by and through

20 his attorney, Jonathan T. Remmel, Esq. of the Remmel Law Firm, and Defendants Civil Service

21 Employees Insurance Company dba CSE Insurance Group and CSE Safeguard Insurance

22 Company ("Defendants") by and through their attorneys, William M. Demlong, Esq. of The

23 Cavanagh Law Firm and Pamela A. McKay, Esq. of McKay Law Firm Chtd, that the time for

24 Plaintiff to file his opposition to Defendants' Motions to Dismiss Pursuant to FRCP 12(b)(6),

25 (ECF #4 and #5), filed July 12, 2024, be extended to and including **Friday, August 16, 2024**.

26        IT IS FURTHER STIPULATED that as a result of counsel for Plaintiff having a

27 scheduled out of country vacation planned from July 16, 2024 through August 2, 2024,

28 additional time is needed to complete this deadline.

REMMEL LAW FIRM
A PROFESSIONAL CORPORATION

Pursuant to Rule 6(b)(1)(A) which provides that for any act that must be done by a party to a federal court proceeding within a specified time frame, the court may "for good cause, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." In this case, the current deadline for Plaintiff's Opposition is July 26, 2024, and this request is being made in advance of the stated deadline.

The parties to this matter stipulate that good cause exists to extend the deadline pursuant to Rule 6(b)(1)(A) and motion this Court to grant Plaintiff an extension to, and including, Friday, August 16, 2024, within which to file his oppositions to Defendants' Motions to Dismiss Pursuant to FRCP 12(b)(6) (ECF #4 & #5).

DATED: 07/16/2024                           DATED: 07/16/2024

**REMMEL LAW FIRM**                          **THE CAVANAGH LAW FIRM, P.A.**

/s/ Jonathan T. Remmel                      /s/  William M. Demlong
JONATHAN T. REMMEL, ESQ. (8627)             WILLIAM M. DEMLONG, ESQ. (7674)
804 South Jones Boulevard                   1850 North Central Avenue, Suite 1900
Las Vegas, NV 89107                         Phoenix, AZ  85004
Attorney for Plaintiff
*Scott Lehigh*

                                            DATED: 07/16/2024

                                            **McKAY LAW FIRM, CHTD**

                                            /s/  Pamela A. McKay
                                            PAMELA A. McKAY, ESQ. (7812)
                                            8440 West Lake Mead Blvd., Suite 112
                                            Las Vegas, NV 89128

                                            *Attorneys for Defendants Civil Service*
                                            *Employees Insurance Company dba CSE*
                                            *Insurance Group and CSE Safeguard Insurance*
                                            *Company*

*Case No. 2:24-cv-01252*

**ORDER**

Based on the parties' stipulation [ECF No 7] and with good cause appearing, **IT IS ORDERED that** the plaintiff has until **Friday, August 16, 2024,** to file his opposition to Defendants' Motions to Dismiss (ECF #4 and #5).

_____

UNITED STATES DISTRICT JUDGE

7/18/24

REMMEL LAW FIRM
A PROFESSIONAL CORPORATION