**THE CAVANAGH LAW FIRM**
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 1900
PHOENIX, ARIZONA 85004-4527
(602) 322-4000
www.cavanaghlaw.com

William M. Demlong, Esq. (NV SBN 7674)
wdemlong@cavanaghlaw.com
Tel: (602) 322-4000

Pamela A. McKay, Esq. (NV SBN 7812)
pmckay@mckaylawfirmchtd.com
McKay Law Firm Chtd.
8440 West Lake Mead Blvd., Suite 112
Las Vegas, NV 89128
Tel: (702) 835-6956
Fax: (702) 835-6957
*Attorneys for Defendants*
*Civil Service Employees Insurance Company and*
*CSE Safeguard Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT LEHIGH,<br><br>                Plaintiff,<br><br>vs.<br><br>CIVIL SERVICE EMPLOYEES INSURANCE COMPANY dba CSE INSURANCE GROUP; CSE SAFEGUARD INSURANCE COMPANY; DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>                Defendants. | Case No. 2:24-cv-01252-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT CSE SAFEGUARD INSURANCE COMPANY WITHOUT PREJUDICE**<br><br>ECF Nos. 4, 13 |

The parties, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., request that the Court dismiss Defendant CSE Safeguard Insurance Company ("CSE Safeguard") from this lawsuit, without prejudice, based upon the express representations of Defendant Civil Service Employees Insurance Company dba CSE Insurance Group's ("CSE

Insurance") representation that it is the proper defendant entity, and not CSE Safeguard. If CSE Safeguard is added back into this action, the amended pleadings shall relate back to the original Complaint for statute of limitations purposes.

The parties further stipulate and request that the Court vacate as moot CSE Safeguard's pending Motion to Dismiss [Doc. 4], and request that the Court vacate the September 17, 2024 Motion Hearing [Doc. 11] only insofar as that Motion Hearing relates to CSE Safeguard's Motion to Dismiss.

RESPECTFULLY SUBMITTED this 23rd day of July, 2024.

**THE CAVANAGH LAW FIRM, P.A.**

By: _____s/William M. Demlong_____
William M. Demlong
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004

Pamela A. McKay
McKay Law Firm Chtd.
8440 West Lake Mead Blvd., Suite 112
Las Vegas, NV 89128
*Attorneys for Defendant Civil Service Employees Insurance Company and CSE Safeguard*

**REMMEL LAW FIRM**

By: _s/ Jonathan T. Remmel_____
Jonathan T. Remmel
804 S Jones Blvd.
Las Vegas, NV 89107
*Attorneys for Plaintiff*

**ORDER**

Based on the parties' stipulation **[ECF No. 13]** and good cause appearing, IT IS ORDERED that **the claims against CSE Safeguard Insurance Company are DISMISSED** without prejudice, CSE's motion to dismiss **[ECF No. 4] is DENIED** as moot, and the portion of the September 17, 2024, hearing dedicated to that motion is VACATED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 24, 2024

2