**THE CAVANAGH LAW FIRM**
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 1900
PHOENIX, ARIZONA 85004-4527
(602) 322-4000
www.cavanaghlaw.com

William M. Demlong, Esq. (NV SBN 7674)
wdemlong@cavanaghlaw.com
Tel: (602) 322-4000
Fax: (602) 322-4100

Pamela A. McKay, Esq. (SBN 7812)
pmckay@mckaylawfirmchtd.com
McKay Law Firm Chtd.
8440 West Lake Mead Blvd., Suite 112
Las Vegas, NV 89128
Tel: (702) 835-6956
Fax: (702) 835-6957

*Attorneys for Defendants Civil Service Employees Insurance Company dba CSE Insurance Group and CSE Safeguard Insurance Company*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| Scott Lehigh,<br><br>          Plaintiff,<br><br>vs.<br><br>Civil Service Employees Insurance Company dba CSE Insurance Group; CSE Safeguard Insurance Company; Does 1 through 10; Roe Corporations 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:24-cv-01252 JAD BNW<br><br>**Stipulation and Order Dismissing Case with Prejudice**<br><br>ECF Nos. 5, 15 |

The parties by and through their respective counsel hereby stipulate to dismiss this matter with prejudice, each party to bear their own attorneys' fees and costs. A proposed order is filed with this Stipulation.

DATED this 12th day of August, 2024.

**THE CAVANAGH LAW FIRM, P.A.**

By: _____s/William M. Demlong_____
William M. Demlong
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004

Pamela A. McKay
McKay Law Firm Chtd.
8440 West Lake Mead Blvd., Suite 112
Las Vegas, NV 89128

*Attorneys for Defendants Civil Service Employees Insurance Company dba CSE Insurance Group and CSE Safeguard Insurance Company*

**REMMEL LAW FIRM**

By: _____s/Jonathan T; Remmel_____
Jonathan T. Remmel
804 S. Jones Blvd
Las Vegas, NV 89107
*Attorneys for Plaintiff*

### ORDER

Based on the parties' stipulation [ECF No. 15] and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The motion to dismiss **[ECF No. 5] is DENIED as moot, and the September 17, 2024, hearing on that motion is VACATED**.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 12, 2024